DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, #179741
Chief Assistant Federal Defender
Designated Counsel for Service
MEGHAN J. CLAIR
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
TACHIENA J. MOORE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | 2:12-CR-00246-CKD |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND ORDER TO SET A |
| v.  ) | STATUS HEARING |
| ) | |
| TACHIENA J. MOORE,  ) | |
| ) | Date:  October 4, 2012 |
| Defendant.  ) | Time:  9:30 a.m. |
| ) | Judge: Carolyn K. Delaney |
| _____ ) | |

   The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, Attorney for TACHIENA J. MOORE, and Certified Student Attorney, MEGHAN J. CLAIR, jointly request that a status hearing be scheduled on October 4, 2012 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

   Pursuant to the parties' agreement, the Trial Confirmation Hearing and Jury Trial dates were previously vacated by memo on September 5, 2012.  No new date in the case was set.  The parties jointly request

that the court set a status hearing on October 4, 2012 at 9:30 a.m.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Ms. Moore is being represented by court certified law students who recently received her file.  The students wish to have additional time to review Ms. Moore's case in order to prepare Ms. Moore's defense or fully explain the effect of accepting the proposed plea agreement.  The parties expect to resolve this matter without a trial.

Dated: September 18, 2012          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender


                                   /s/ Linda Harter
                                   LINDA C. HARTER
                                   Assistant Federal Defender
                                   Attorney for TACHIENA J. MOORE

                                   /s/ Meghan J. Clair
                                   MEGHAN J. CLAIR
                                   Certified Student Attorney


Dated: September 18, 2012          BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ Jeffrey A. Spivak
                                   JEFFREY A. SPIVAK
                                   Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**


DATED: <u>September 18, 2012</u>        /s/ Carolyn K. Delaney
                                   HON. Carolyn K. Delaney
                                   United States Magistrate Judge