```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-CR-00246-CKD |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Continue Status Conference |
| v. | ) | |
| TACHIENA J. MOORE, | ) | Date: October 4, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled status conference set for October 4, 2012 at 9:30 a.m. be continued to November 15, 2012 at 9:30 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client, and to allow the parties to discuss a plea agreement.  Accordingly, the parties jointly request that the Court exclude time under local code T4 until November 15, 2012,

//
//
//
//

1

and make a finding that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 3, 2012            BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Special Assistant U.S. Attorney

DATED: October 3, 2012            DANIEL J. BRODERICK
                                  Federal Defender


                                  (as authorized on 10/3/12)
                                  By: /s/ Linda Harter
                                  LINDA HARTER
                                  Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: October 3, 2012


/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge

2