```
BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00246-CKD |
| | ) | |
| Plaintiff, | ) | Stipulation and Order to |
| | ) | Continue Status Conference |
| v. | ) | |
| | ) | Date: November 15, 2012 |
| TACHIENA J. MOORE, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled status conference set for November 15, 2012 at 9:30 a.m. be continued to January 3, 2013 at 9:30 a.m.  Further time is required for defense counsel to gather additional documents in support of the defense case, to consult further with their client, and to allow the parties to discuss a plea agreement.  Accordingly, the parties jointly request that the Court exclude time under local code T4 until January 3, 2013, and

//

//

//

1

make a finding that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: November 14, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Jeffrey A. Spivak
                                  JEFFREY A. SPIVAK
                                  Special Assistant U.S. Attorney

DATED: November 14, 2012          DANIEL J. BRODERICK
                                  Federal Defender


                                  (as authorized on 11/14/12)
                                  By: /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: November 14, 2012


/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge

2